IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL JOSEPH SIMS, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, Director, and | ) | MEMORANDUM AND |
| DENNIS BAKEWELL, Warden, | ) | ORDER |
| | ) | |
| Respondents. | ) | |
| | ) | |

This matter is before the court on its own motion. In order to resolve the pending motions in this matter, the court needs the trial court records. Accordingly, Respondent is ordered to file with the court a Supplemental Designation of Relevant State Court Records containing all trial court records, including the Bill of Exceptions and Transcript, by April 7, 2008.

IT IS THEREFORE ORDERED that:

1. Respondent shall file with the court all trial court records, including the Bill of Exceptions and Trial Transcript, by April 7, 2008.

2. The Clerk of court is directed to set a pro se case management deadline using the following language: check for trial court records April 7, 2008.

March 26, 2008.               BY THE COURT:

                              *s/Richard G. Kopf*
                              United States District Judge