IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL JOSEPH SIMS, | ) | |
| | ) | |
| Petitioner, | ) | 4:07CV3088 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, Director, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion to Alter or Amend Judgment. (Filing No. 37.) In his motion, Petitioner asks the court to reconsider its Memorandum and Order and Judgment dismissing his Petition for Writ of Habeas Corpus. (Filing No. 35 & Filing No. 36.) Because Petitioner fails to raise any factual or legal issues that would cause this court to reconsider its decision, the Motion is denied.

IT IS THEREFORE ORDERED that: Petitioner's Motion to Alter or Amend Judgment (filing no. 37) is denied.

June 18, 2008.            BY THE COURT:

                                    s/*Richard G. Kopf*
                                    United States District Judge